AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of __**Arizona**__

<table>
<tr><td>

Mackenzie Padilla, individually and as
Next Friend of Sire Servoin Padilla, a minor,

<hr>

*Plaintiff(s)*

v.

Officer Carri Shayne Carrico, Badge #5872,
in her individual capacity; and
City of Buckeye, a municipal corporation

<hr>

*Defendant(s)*
</td><td>

)
)
)
)
)
)
)
)
)
)
)
)
)
</td><td>

Civil Action No.
</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Officer Carri Shayne Carrico
> 24511 W. Hilton Avenue
> Buckeye, AZ 85326-6803

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Law Angels PLLC
> John Griffiths & Justin Johanson
> 2162 E. Williams Field Road, Suite 111
> Gilbert, AZ 85295
> (844) 843-2643

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                            *Signature of Clerk or Deputy Clerk*